DEBORAH PHILLIPS *v.* DEBORAH PHILLIPS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 18267) is dismissed.

*Deborah Phillips,* pro se, in support of the petition.

Decided July 16, 1998

---

STATE OF CONNECTICUT *v.* ALEXANDER MASON

The defendant's petition for certification for appeal from the Appellate Court (AC 17263) is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

KATZ, J., did not participate in the consideration or decision of this petition.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*Judith Rossi,* senior assistant state's attorney, in opposition.

Decided July 16, 1998

---

JOHN DIMPSEY *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*John Dimpsey,* pro se, in support of the petition.

Decided July 16, 1998